### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                              No. 4:12CR00040-03 JLH

TAMARIO WASHINGTON                                                                                DEFENDANT

### ORDER

The government has filed a motion to dismiss indictment as to Tamario Washington. Without objection, the motion is GRANTED. Document #76. The indictment is hereby dismissed without prejudice as to this defendant only.

IT IS SO ORDERED this 15th day of October, 2013.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE